

**FOLEY & LARDNER LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/20/25__

90 PARK AVE
37TH FLOOR
NEW YORK, NY  10016-1314
212.682.7474 TEL
212.687.2329 FAX
FOLEY.COM

**MEMO ENDORSED**

October 16, 2025

> Application GRANTED. The conference currently scheduled for October 30, 2025 is hereby ADJOURNED to **November 5, 2025 at 10:00 a.m.** The parties' pre-conference statement (*see* Dkt. 24 at 1) is due no later than **October 29, 2025**. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> October 20, 2025

<u>VIA ECF</u>

The Honorable Barbara Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.,
New York, NY 10007

Re:   *Master MobileLink, LLC, v. ADP, Inc.*, Case No. 1:25-CV- 05382

Dear Judge Moses:

My firm, Foley & Lardner LLP, represents Defendant ADP, Inc. ("Defendant") in the above-referenced matter. We write pursuant to Rule 2., A. of Your Honor's Individual Practices to request to reschedule the initial conference set on October 30, 2025, due to counsel's unavailability on the scheduled date. The parties have conferred, and counsel for both parties are available on either October 29, 2025 or November 5, 2025.  We can provide additional dates of availability if the Court requests.

Plaintiff consents to this request and no prior request has been made to reschedule the initial conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Sara P. Madavo*

Sara P. Madavo