USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 11/18/26

November 17, 2026

**VIA ECF**
The Honorable Barbara Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.,
New York, NY 10007

MEMO ENDORSED

Re: *Master MobileLink, LLC, v. ADP, Inc.*, Case No. 1:25-CV- 05382

Dear Magistrate Judge Moses:

Pursuant to Section 2(a) of Your Honor's Individual Practices, undersigned counsel for the parties in this action write jointly to respectfully request an adjournment of the discovery status conference currently scheduled for November 19, 2026 at 10:00 AM (the "Conference") to a date after the March 8, 2027 close of discovery.

On November 12, 2026, the parties filed a joint letter updating the Court on the status of discovery and settlement (Dkt. No. 54). As set forth in that letter, after the Court's November 4, 2026 order (Dkt. No. 53) denying the parties' prior request for a two-month extension of all discovery deadlines (Dkt. No. 52), the parties met and conferred and agreed that expert discovery is unlikely to be necessary in this action. The parties therefore requested that the time currently allotted for expert discovery be used instead to complete fact discovery, moving the fact discovery deadline from November 30, 2026 to March 8, 2027, while leaving the March 8, 2027 close of discovery set by the Revised Scheduling Order (Dkt. No. 51) and all other deadlines unchanged.

In light of that update, the parties respectfully submit that a status conference would be most productive after the close of discovery, when the parties can report on the completed record and any remaining issues. In addition, Plaintiff's counsel is not located in this District and is based in Texas, and would be required to travel to New York to attend the Conference in person.

This is the parties' first request to adjourn the Conference, and both parties consent to this request. The requested adjournment does not affect any other scheduled date in this action.

We thank the Court for its time and attention to this matter.

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,

*/s/ Michael Twomey*
Michael Twomey
Counsel for Plaintiff

Respectfully submitted,

*/s/ Sara P. Madavo*
Sara P. Madavo
Counsel for Defendant

The Court expected to address the fact discovery extension proposed by the parties' November 12, 2026 joint status letter (Dkt. 54) at the November 19, 2026 status conference. However, at 7:48 p.m. on November 17, 2026, the parties filed the above letter, requesting adjournment of the November 19 conference and informing the Court - despite the conference having been on the calendar since August 31, 2026 (*see* Dkt. 51) - that plaintiff's counsel would be required to travel from Texas (suggesting he had not yet made travel arrangements to attend the conference). The Court warns counsel that this last-minute request is not well taken and instructs the parties, moving forward, to act with diligence in keeping the Court informed.

Despite this, the application is GRANTED. The deadline to complete all discovery is EXTENDED to **March 8, 2027**, with the expectation that this extension will be used to complete all fact discovery as no expert discovery is contemplated by either party. No further extension of this deadline will be granted absent exceptionally compelling circumstances. The status conference currently scheduled for November 19, 2026 is ADJOURNED to **March 1, 2027** at **11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. No later than **February 22, 2027**, the parties must submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts.

SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**November 18, 2026**